THE CITY OF OTTAWA, Plaintiff in Error, *v.* THE TRUSTEES OF THE FREE CHURCH *et al.*, Defendants in Error.

### ERROR TO LA SALLE.

Church property may be assessed for special purposes, though not liable for ordinary taxes.

THIS was a proceeding to enforce a special assessment in the city of Ottawa.

The delinquent list of the collector sets forth the lots within the limits of the city benefited by a sewer in Jefferson street, the valuation of such lots, and the sums of money assessed thereon, which remain due and unpaid.

The return of the collector is in the words and figures following:

City of Ottawa *v.* Trustees of the Free Church et al.

I, ALBERT F. Dow, city collector of the city of Ottawa, county and State aforesaid, certify that the above and foregoing list upon which an assessment has been made for the purpose set forth in the caption hereof, and which remains unpaid, is true according to the best of my knowledge and belief, and that I have been unable to find goods and chattels of the owners thereof upon which to levy and make good such assessment.

ALBERT F. DOW, *City Collector.*

*Ottawa, Jan.* 18*th,* 1858.
Sworn to, Feb. 23rd, 1858.

The affidavit of the city clerk shows that no payments were made on said list from the date of said return up to February 23rd, 1858.

There was proof of the publication of the notice of the application for judgment.

Such notice gives a description of the improvement, and of the lots, and states in whose name they were assessed, the valuation and amount of the assessment. There was proof of the regularity of the other proceedings.

On the first day of the term a rule was taken on the defendants to file objections by the 8th day of March.

Among other objections was the following:

Some of the lots were church property and not subject to assessment.

LELAND & LELAND, and J. AVERY, for Plaintiff in Error.

O. C. GRAY, for Defendants in Error.

BREESE, J. All the objections made in the case of *The City of Ottawa* v. *George B. Macy et al.,* are made in this case, and are disposed of in the same way.

The additional objection that church property was assessed, is not tenable. Though not liable for ordinary taxes, it is for local assessments of this character.

The principles of the case of *The Trustees of the Ill. & Mich. Canal* v. *The City of Chicago,* 12 Ill. R. 403, govern this case.

The judgment of the court below is reversed, and the cause remanded, with instructions to render judgment against the lots assessed.

*Judgment reversed.*